UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-61826-AHS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

ENTERPRISE AUTO SERVICE, INC., a Florida Profit Corporation and LAUDERDALE LAKES INDUSTRIAL PARK II, LTD., a Florida Limited Partnership,
      Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    Plaintiff, HOWARD MICHAEL CAPLAN, hereby certifies:

    The name of each party, attorney, association of persons, law firm, partnership and corporation known to Plaintiff that has or may have an interest in the outcome of this litigation, including subsidiaries, parent corporations, affiliates and publicly traded companies that own 10% or more of the party's stock, and all other identifiable legal entities related to any party in this case are:

1) Plaintiff, HOWARD MICHAEL CAPLAN

2) Defendant, ENTERPRISE AUTO SERVICE, INC.

3) ALLAN E. DYER (President, Enterprise Auto Service, Inc.)

4) GLORIA A. DYER (Vice President, Enterprise Auto Service, Inc.)

5) Defendant, LAUDERDALE LAKES INDUSTRIAL PARK II, LTD.

6) LAUDERDALE LAKES INDUSTRIAL PARK (II), INC (General Partner, Lauderdale Lakes Industrial Park II, Ltd.)

7) RONALD E. STERN, Esq., The Advocacy Law Firm, P.A., Attorney for Plaintiff

1

8) RONNETTE GLEIZER, Esq., The Advocacy Law Firm, P.A., Attorney for Plaintiff

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone:     (954) 639-7016
Facsimile:     (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-61826-AHS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

ENTERPRISE AUTO SERVICE, INC., a Florida Profit Corporation and LAUDERDALE LAKES INDUSTRIAL PARK II, LTD., a Florida Limited Partnership,

      Defendants.
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this September 30, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7016
Facsimile:   (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

## **SERVICE LIST:**

HOWARD MICHAEL CAPLAN, Plaintiff, vs. ENTERPRISE AUTO SERVICE, INC., a Florida Profit Corporation and LAUDERDALE LAKES INDUSTRIAL PARK II, LTD., a Florida Limited Partnership

CASE NO: 0:22-cv-61826-AHS

United States District Court, Southern District of Florida

**ENTERPRISE AUTO SERVICE, INC.**

**REGISTERED AGENT:**

DYER, ALLAN E.
2804 NW 30TH AVE
LAUDERDALE LAKES, FL 33311

**VIA US MAIL**

**LAUDERDALE LAKES INDUSTRIAL PARK II, LTD.**

**REGISTERED AGENT:**

LEVY, ALAN M.
C/O LEVY REALTY ADVISORS, INC.
4901 N.W. 17TH WAY, SUITE 103
FT LAUDERDALE, FL 33309

**VIA US MAIL**

4