UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:22-cv-61826-AHS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

ENTERPRISE AUTO SERVICE, INC., a
Florida Profit Corporation and LAUDERDALE
LAKES INDUSTRIAL PARK II, LTD., a
Florida Limited Partnership,

    Defendants.
_____/

## NOTICE OF CHANGE OF FIRM, MAILING ADDRESS AND EMAIL ADDRESS

Counsel for Defendant, LAUDERDALE LAKES INDUSTRIAL PARK II, LTD., Ryan M. Aboud, Esq., hereby states that his contact information has changed and designates the following as his current Firm, mailing address and email address:

Ryan M. Aboud, Esq.
Ryan M. Aboud, P.A.
980 N. Federal Hwy., Suite 110
Boca Raton, FL 33432
Tel. (561) 208-8205
Email: Ryan@RMALaw.net

Dated: October 27, 2022                Respectfully submitted,
                                                 Ryan M. Aboud, P.A.
                                                 Attorney for Defendant, LAUDERDALE LAKES
                                                 INDUSTRIAL PARK II, LTD.
                                                 980 N. Federal Hwy., Suite 110
                                                 Boca Raton, FL 33432
                                                 Telephone: (561) 208-8205
                                                 Telephone (954) 552-7739
                                                 Ryan@RMALaw.net
                                                 By: /s/ Ryan M. Aboud, Esq.
                                                       Ryan M. Aboud, Esq.
                                                       FBN: 27366

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on October 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                                     By: /s/ Ryan M. Aboud, Esq.
                                                           Ryan M. Aboud, Esq.
                                                           FBN: 27366

## **SERVICE LIST**

Ronald E. Stern, Esq.
The Advocacy Law Firm, P.A.
1250 East Hallandale Beach Blvd., Suite 503
Hallandale Beach, FL 33009
ronsternlaw@gmail.com