# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 22-CV-61826-AHS

**Plaintiff:**
**HOWARD MICHAEL CAPLAN**

vs.

**Defendant:**
**ENTERPRISE AUTO SERVICE, INC., ET AL**


OJF2022021388

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

Received by OJF SERVICES, INC. on the 29th day of September, 2022 at 8:49 am to be served on **ENTERPRISE AUTO SERVICE, INC. C/O REGISTERED AGENT:  ALLAN E. DYER, 2804 NW 30 AVE., FT. LAUDERDALE, FL 33311**.

I, MONICA ECHEVERRI, do hereby affirm that on the **29th day of October, 2022** at **2:48 am, I:**

**CORPORATE - REGISTERED AGENT:**  served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Allan Dyer** as **Registered Agent** At the address of: **10155 NW 31 CT, SUNRISE, FL** for **ENTERPRISE AUTO SERVICE, INC. C/O REGISTERED AGENT:  ALLAN E. DYER**, and informed said person of the contents therein, in compliance with either federal or state statutes.

**Additional Information pertaining to this Service:**
10/5/2022  4:10 pm  Attempted service at 2804 NW 30 AVE., FT. LAUDERDALE, FL 33311,
As per next door bay is vacant

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**MONICA ECHEVERRI**
SPS #1539

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2022021388

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k