# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-61826-AHS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

ENTERPRISE AUTO SERVICE, INC., a Florida Profit Corporation and LAUDERDALE LAKES INDUSTRIAL PARK II, LTD., a Florida Limited Partnership,

    Defendants.

_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, ENTERPRISE AUTO SERVICE, INC. and LAUDERDALE LAKES INDUSTRIAL PARK II, LTD. (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs, and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter and agree that the Court shall retain jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., Suite 757
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

By: *Ryan M. Aboud*
Ryan M. Aboud, Esq.
Florida Bar No. 27366
RYAN M. ABOUD, P.A.
980 N. Federal Hwy., Suite 110
Boca Raton, FL 33432
Telephone: (561) 208-8205; (954) 552-7739
Email: Ryan@RMALaw.net
Attorney for Defendant, LAUDERDALE LAKES INDUSTRIAL PARK II, LTD

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:22-cv-61826-AHS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

ENTERPRISE AUTO SERVICE, INC., a Florida Profit Corporation and LAUDERDALE LAKES INDUSTRIAL PARK II, LTD., a Florida Limited Partnership,
      Defendant(s).
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 19, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

**SERVICE LIST:**

HOWARD MICHAEL CAPLAN vs. ENTERPRISE AUTO SERVICE, INC., a Florida Profit Corporation and LAUDERDALE LAKES INDUSTRIAL PARK II, LTD., a Florida Limited Partnership

United States District Court Southern District of Florida

Case No. 0:22-cv-61826-AHS

**ENTERPRISE AUTO SERVICE, INC.**

Registered Agent:
Dyer, Allan E.
2804 NW 30th Ave.
Lauderdale Lakes, FL 33311

**VIA US MAIL**

**LAUDERDALE LAKES INDUSTRIAL PARK II, LTD.**

Ryan M. Aboud, Esq.
Ryan M. Aboud, P.A.
980 N. Federal Hwy., Suite 110
Boca Raton, FL 33432
Telephone: (561) 208-8205
Ryan@RMALaw.net

**VIA CM/ECF**