UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-61826-AHS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

ENTERPRISE AUTO SERVICE, INC., a Florida Profit Corporation and LAUDERDALE LAKES INDUSTRIAL PARK II, LTD., a Florida Limited Partnership,
    Defendant(s).
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court having reviewed the Stipulation and being otherwise advised in the premises, it is therefore,

ORDERED and ADJUDGED that this action is dismissed with prejudice. All Parties shall bear their own attorney's fees and costs. The Court retains jurisdiction to enforce the terms of the Parties' Settlement Agreement.

DONE AND ORDERED in Chambers at _____ County, Florida this _____ day of _____, 2022.

_____
HONORABLE JUDGE RAAG SINGHAL
UNITED STATES DISTRICT COURT JUDGE

Copies to:
All parties of record