UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61826-CIV-SINGHAL

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

ENTERPRISE AUTO SERVICE, INC., and
LAUDERDALE LAKES INDUSTRIAL PARK II,
LTD.,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (DE [15]).  The Court having reviewed the stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE**.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.  Furthermore, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of December 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF